454 A.2d 160

Commonwealth v. Austin, Appellant.

Submitted February 22, 1982. Lee Barry Balefsky, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, BROSKY and ROWLEY, JJ.
Order affirmed.